IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

    v.                Civil No. 06-6022
                     Criminal No. 89CR60001

DALE CONRAD MCQUISTON                                       DEFENDANT/MOVANT

## **ORDER**

Now on this 25th day of October 2006, there comes on for consideration the report and recommendation filed herein on October 3, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 156). Defendant filed written objections to the report and recommendation. (Docs. 157).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's 28 U.S.C. § 2255 motion (Doc. 150) is DENIED.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge