```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

     v.            Civil No. 06-6022
                   Criminal No. 89CR60001

DALE CONRAD MCQUISTON                            DEFENDANT/MOVANT
```

## ORDER

Now on this 31st day of January, 2007, there comes on for consideration Dale Conrad McQuiston's request for a certificate of appealability filed on January 5, 2007, in the above-styled case.

The Court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the said motion should be and hereby is DENIED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

**AO72A**
**(Rev. 8/82)**