IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                             PLAINTIFF/
                                                    RESPONDENT

  v.                    Civ. No. 06-6022
                        Crim. No. 89-60001-001

DALE CONRAD MCQUISTON                                DEFENDANT/
                                                       MOVANT

## O R D E R

Currently before the Court are Defendant/Movant's "Motion to Return Illegally Obtained Funds and Order Restitution Payments after Plaintiff is Released from Prison or, in the Alternative, to Amend [Motion Attached] and Transfer to Proper Court" (Doc. 174), "Motion to Amend Proper Parties to Motion for Order to Relieve Petitioner of Restitution Payments while in Prison" (Doc. 175), and Motion captioned "Compelling Reasons Why the Court Should Overrule Its Previous Order and Grant Petitioner's Previous Motion." (Doc. 178).  The Court has previously addressed the issues raised in Defendant/Movant's Motions (Doc. 173) and declines Defendant/Movant's request for reconsideration.  Accordingly, the Court adheres to its previous Order and Defendant/Movant's Motions (Doc. 174, 175, & 178) are **DENIED.**

IT IS SO ORDERED this 15th day of January, 2009.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge