IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                         RESPONDENT

v.                        Case No. 6:89-cr-60001
                          Case No. 6:16-cv-6064

DALE CONRAD McQUISTON                                               MOVANT

## ORDER

Before the Court is the Report and Recommendation filed June 20, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 193. Judge Bryant recommends that Movant Dale McQuiston's Motion for Immediate Relief (ECF No. 183) and Supplemental Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 187) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, McQuiston's Motion for Immediate Relief (ECF No. 183) and Supplemental Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 187) are **DENIED**.

**IT IS SO ORDERED**, this 19th day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge